No. 91–1600. HAZEN PAPER CO. ET AL. *v.* BIGGINS. C. A. 1st Cir. [Certiorari granted, 505 U. S. 1203.] Motion of respondent to strike supplemental brief denied.

No. 91–7604. ANTOINE *v.* BYERS & ANDERSON, INC., ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 914.] Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted.

No. 91–7849. BUCKLEY *v.* FITZSIMMONS ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 814.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–259. OKLAHOMA TAX COMMISSION *v.* SAC AND FOX NATION. C. A. 10th Cir. [Certiorari granted, *ante,* p. 971.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 92–207. UNITED STATES *v.* PADILLA ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 952.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 92–351. HELLER, SECRETARY, KENTUCKY CABINET FOR HUMAN RESOURCES *v.* DOE, BY HIS MOTHER AND NEXT FRIEND, DOE, ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 939.] Motion of Voice of the Retarded et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 92–357. SHAW ET AL. *v.* BARR, ATTORNEY GENERAL, ET AL. D. C. E. D. N. C. [Probable jurisdiction noted, *ante,* p. 1019.] Motion of appellants to dispense with printing the joint appendix granted.

No. 92–621. RAKE ET AL. *v.* WADE, TRUSTEE. C. A. 10th Cir. [Certiorari granted, *ante,* p. 972.] Motion of Consumer Education and Protective Association et al. for leave to file a brief as *amici curiae* granted.